IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| KEVIN AND DIANA PEKAREK,              ) | |
|                                        ) | |
|          Plaintiffs,                   ) | |
|                                        ) | |
| v.                                     ) | Case No. 06-1026-WEB |
|                                        ) | |
| SUNBEAM PRODUCTS, INC.                 ) | |
|                                        ) | |
|          Defendant.                    ) | |

**NOTICE OF DEPOSITION DUCES TECUM OF JOHN LOUD, PE, MSEE**

Please be advised that the undersigned will take the deposition on oral examination of **John Loud, PE, MSEE**.  This deposition will be taken in the above-captioned civil action at 149 Commonwealth Drive, Menlo Park, California 94025, or such other reasonable location as the defendant may designate, before a court reporter or before some other official authorized by law for the taking of depositions, on **Thursday, October 12, 2006 beginning at 9:00 a.m.**, at which time you are notified to be present and take part in the deposition as may be proper, and shall continue from day to day until concluded.

The deponent is requested to being to his deposition the documents and things listed on Exhibit 1 attached hereto.

Dated this 29th day of September 2006.

Respectfully submitted,

/s/ Todd B. Butler
Todd B. Butler                                    12711
3706 S. Topeka Blvd., Suite 300
Topeka, KS 66609
785-267-6444 - telephone
785-267-7341 - facsimile
tbutler@balaw.org

-and-

George E. McLaughlin
McDermott, Hansen & McLaughlin, LLP
1890 Gaylord Street
Denver, CO 80206-1211
303-399-6037 - telephone
303-322-3423 - facsimile
gmclaughlin@mhmlawfirm.com
*Attorneys for Plaintiffs*

# EXHIBIT 1

1. All correspondence, statements, memoranda, reports, test results, notes, photographs, videotapes, x-rays, thermography or other written, printed or electronically stored documents or things where Sunbeam electrically heated bedding products are discussed or otherwise a subject of the document or thing.

2. All material you have reviewed or relied upon in support of any opinions that may be offered in this case.

3. Records of all time and invoices for fees charged related to this case.

4. Current curriculum vitae.

5. A current schedule of fees for services as a consultant in litigation matters.

6. Current list of testimony given in deposition or trial over the last 5 years as an expert witness or a consultant.

7. Copies of all prior depositions that the witness has given as an expert witness and/or as a consultant in litigation matters on behalf of Sunbeam Products Inc., or an affiliate such as Sunbeam Corporation, related to Sunbeam electric bedding products.

8. Copies of any and all orders or memoranda issued by any court where the witness has been offered as an expert witness as to whether the witness was qualified or disqualified to offer testimony.

9. Copies of all records showing how much income the witness has received at any time as a consultant in litigation matters related to electric bedding products manufactured by Sunbeam or its predecessors.

# CERTIFICATE OF SERVICE

  I hereby certify that on the 29th day of September 2006, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such service to the following:

Amy M. Decker
Scott R. Schillings
Hinlke Elkouri Law Firm L.L.C.
8621 East 21st Street North, Suite 200
Wichita, KS 67206-2991
adecker@hinklaw.com
sschillings@hinklaw.com


Stephen T. Moffett
*Pro Hac Vice*
George J. David
*Pro Hac Vice*
Moffett & Dillon
Brown Street Centre, Suite 340
255 East Brown Street
Birmingham, MI 48009
smofett@mdall.com
gdavid@mdall.com

            /s/ Todd B. Butler
            Todd B. Butler      12711