IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN PEKAREK AND DIANA PEKAREK,      )
                                                                              )
                                          Plaintiffs,                      )
                                                                              )
v.                                                                          )          Case No.  06-1026-WEB
                                                                              )
SUNBEAM PRODUCTS, INC.                              )
                                                                              )
                                          Defendant.                    )

**AFFIDAVIT OF JOHN LOUD, P.E. IN SUPPORT OF DEFENDANT,
SUNBEAM PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT**

STATE OF CALIFORNIA      )
                                              ) ss
COUNTY OF _____  )

I, John Loud, P.E., of lawful age, being first duly sworn, depose and state:

1.      I am employed at Exponent as a Principal Engineer in the Menlo Park, California office.

2.      I specialize in electronics engineering issues.

3.      Exponent was engaged on behalf of Sunbeam Products, Inc. in the above-entitled action to investigate and analyze the facts and circumstances relating to the fire that occurred at the Pekarek home on January 25, 2004, including the allegations that the subject electric blanket contains a defect.

4.      I have reviewed various documents produced and/or referenced in the above-captioned lawsuit, and I examined the remains of the subject electric blanket and a duplex wall outlet.

5.      As a result of our investigation into the facts of this case, including but not limited to the examination of the product remains, I, with the assistance of Karen A. Rayment, MSEE, prepared a report dated September 12, 2006.  A true and correct copy of our report is attached as Exhibit H to the Memorandum of Law in Support of Defendant, Sunbeam Products, Inc.'s Motion for Summary Judgment, and if called upon to testify, my testimony would be consistent with the opinions and conclusions stated therein.

FURTHER AFFIANT SAITH NOT.

JOHN LOUD, P.E.

Subscribed and sworn to before me this _3rd_ day of January, 2007.

Notary Public

My Commission Expires: _April 11, 2010_

MELINDA S. PALM
Comm. No.1655167
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires April 11, 2010

2